UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 25-MJ-00248 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| WILLIAM HALL, | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| Defendant. | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | D.C. Code § 50-2201.05(b) |
| | : | (Fleeing from a Law Enforcement Officer |
| | : | in a Motor Vehicle) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d); |
| | : | 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 15, 2025, within the District of Columbia, **WILLIAM HALL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia, Superior Court Case No. 2016-CF2-001409, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus G2S nine-millimeter caliber firearm and a Taurus G3C nine-millimeter caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is, nine-millimeter caliber ammunition, which

1

had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 15, 2025, within the District of Columbia, **WILLIAM HALL**, while operating a motor vehicle, did knowingly flee and attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop, and operated the motor vehicle in a manner that would constitute reckless driving.

(**Fleeing From a Law Enforcement Officer in a Motor Vehicle**, in violation of D.C. Code, Section 50-2201.05b) (Felony)

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, **WILLIAM HALL** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition, including but not limited to a Taurus G2S nine-millimeter caliber firearm and a Taurus G3C nine-millimeter caliber firearm, involved in or used in the knowing commission of the offense.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO  
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Colleen D. Kukowski*  
COLLEEN KUKOWSKI  
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.