**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )     Criminal Action No. 25-334 (RBW)<br>)<br>WILLIAM HALL,                              )<br>)<br>           Defendant.                  )<br>_____ ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the bond revocation hearing held on December 18, 2025, it is hereby

**ORDERED** that the defendant's pre-trial release is **REVOKED**. The defendant's release is revoked because the Court reluctantly denied the government's prior request to overrule the Magistrate Judge's order releasing the defendant pending trial, despite the Court's concerns regarding the safety of the community in light of the defendant's extensive criminal record, his use of illegal drugs, and the nature of the charges filed against the defendant in this case. Accordingly, the Court instructed the defendant not to use any type of illegal drug and admonished him that if he used illegal drugs following his release that his release would be revoked. The defendant having used illegal drugs, despite the Court's admonition, the Court now concludes that his detention is required to ensure the safety of the community.

**SO ORDERED** this 18th day of December, 2025.

                                                                                                    /s/ Reggie B. Walton
                                                                                                    REGGIE B. WALTON
                                                                                                    United States District Judge